FILED
2018 Jan-23 PM 03:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

2-17-27
9403/3888 p1003

THIS INSTRUMENT PREPARED BY:
J. DAVID HOOD, TWEEDY, JACKSON & BEECH, P.O. BOX 748, JASPER, ALABAMA 35501
**STATUTORY WARRANTY DEED**

STATE OF ALABAMA       )
                       )
COUNTY OF WALKER       )

30,000 value

**KNOW ALL MEN BY THESE PRESENTS** that for and in consideration of the sum of Ten and 00/100 ($10.00) Dollars and other good and valuable considerations to the undersigned Grantor (whether one or more), in hand paid by the Grantee herein, the receipt whereof is acknowledged, **Inland Container Corporation**, a/an ___Delaware___ corporation, successor by merger to Inland-Rome, Inc., which in turn was successor by merger to Georgia Kraft Company, a Delaware corporation, (herein referred to as Grantor, whether one or more), grant, bargain, sell and convey unto **Sumiton Timber Company, Inc.**, (herein referred to as Grantee, whether one or more), the following described real estate, situated in Jefferson County, Alabama.

See the attached Exhibit A which is incorporated herein by reference and made a part hereof the same as if fully set out herein.

full mtg value

Subject to the following:

1.  Ad valorem taxes for tax year 1994 and all subsequent years.

2.  Existing easements and rights of way for public roads and public utilities.

3.  All improvements located upon the above described property are conveyed "AS IS" with all warranties, whether express or implied, except for the warranty of title, expressly hereby disclaimed.

**TO HAVE AND TO HOLD** to the said Grantee, its successors and assigns forever.

**IN WITNESS WHEREOF,** Inland Container Corporation, by and through its duly authorized officer, has hereunto set its signature and seal on this the ___9th___ day of ___February___, 1994.

INLAND CONTAINER CORPORATION

_Betty Kyle_                    By: _Glenn A. Chancellor_
Witness                           Its: Authorized Agent

STATE OF  TEXAS           )
                          )
COUNTY OF ANGELINA        )

I, the undersigned authority, a Notary Public in and for said county and state, hereby certify that  Glenn A. Chancellor, whose name is signed to the foregoing Statutory Warranty Deed as Authorized Agent of Inland Container Corporation, a/an  Delaware corporation, successor by merger to Inland-Rome, Inc., which in turn was successor by merger to Georgia Kraft Company, a Delaware corporation and who is/are known to me, acknowledged before me on this day, that being informed of the contents of said Statutory Warranty Deed, he/she, as said officer and with full authority, executed the same voluntarily for and as the act of the said corporation.

EXHIBIT A

PARCEL I:

All that tract or parcel of land, containing 3.68 acres, more or less, situated in Jefferson County, Alabama and in the Southeast Quarter of the Northeast Quarter (SE¼ of NE¼) of Section 35, Township 15 South, Range 5 West, described as follows: Start at the Southeast corner of said Section 35, and run thence Northwardly, along the East line thereof, a distance of 3,974 feet, more or less to the Northeast corner of the Southeast Quarter of the Northeast Quarter (SE¼ of NE¼) of said Section, which point is now marked by a concrete monument and is the point of beginning of the tract here described; and from said beginning point running Westwardly, along the North line of said quarter-quarter section for a distance of 78 feet, to a point on the Southerly line of the right of way of a public road known as the Kilgore-Holliston Road (also known as the Snowville-Brent Cross Road); thence in a Westerly and Southwesterly direction, along the Southerly line of the right of way of said road, for a distance of 687 feet, more or less, to the Easterly line of property of Ernest E. Hollis; thence South 2 degrees 20 minutes East, along the easterly line of the Ernest E. Hollis Tract, 180 feet, to a point on the Northerly line of the right of way of the Southern Railroad; thence in a Northeasterly and Easterly direction, along the Northerly line of said railroad right of way, a distance of 727.1 feet, more or less, to a point on the East line of said Southeast Quarter of Northeast Quarter; and thence Northwardly, along said East line, 295.25 feet, to the point of beginning. Mineral & Mining rights excepted.

Source of Title: Volume 218 Page 645.

PARCEL II:

All that tract or parcel of land, containing .57 acres, more or less, situated in Jefferson County, Alabama and in the Southeast Quarter of the North-East Quarter (SE¼ of NE¼) of Section 35, Township 15 South, Range 5 West, described as follows:

Start at the Southeast corner of said Section 35, and run thence Northwardly, along the East line thereof, a distance of 3,974 feet, more or less, to the Northeast corner of the Southeast Quarter of the Northeast Quarter (SE¼ of NE¼) (now marked by a concrete monument); and run thence Westwardly along the North line of said quarter-quarter section for a distance of 78 feet, to a point on the Southerly line of the right of way of a public road known as the Kilgore-Holliston Road (also known as the Snowville-Brent Cross Road); and thence in a Westerly and Southwesterly direction, along the Southerly line of the right of way of said road, for a distance of 687 feet, more or less, to the Westerly line of property of Billy Frank Gilchrist and Wife, Evelyn S. Gilchrist which point is the point of beginning of the tract here described; and from said beginning point running Southwesterly, along the Southerly line of the right of way of said road, for a distance of 218 feet, more or less, to the westerly line of tract conveyed to Ernest E. Hollis by deed recorded in Volume 6970, page 415; thence Southwardly, along the Westerly line of said Ernest E. Hollis tract, for a distance of 113.1 feet, more or less to a point on the Northerly line of the right of way of the Southern Railroad; thence in a Northeasterly direction, along the Northerly line of said railroad right of way, for a distance of 178 feet, more or less, to corner of tract of Billy Frank Gilchrist and Wife, Evelyn S. Gilchrist; and thence Northwardly, along the westerly line of said Gilchrist tract, 180 feet, more or less, to the point of beginning.

Source of Title: Volume 218 Page 655.

EXHIBIT A
PAGE TWO (2)

The above described property is also described as follows:

Commence at the NE corner of the SE ¼ of the NE ¼ of Section 35, Township 15 South, Range 5 West for the point of beginning. Thence N 89° 18' 32" W along the north line of said ¼ ¼ section for 97.91 feet to the southerly right of way line of Snowville Brent Road, said point being in a curve to the right having a central angle of 28° 00' 05" and a radius of 285.07 feet; thence on a chord bearing of S 78° 47' 18" W and continue along said right of way for a chord distance of 137.92 feet; thence N 87° 14'23" W and continue along said right of way for 117.18 feet to the beginning of a curve to the left having a central angle of 29° 58' 03" and a radius of 280.56 feet; thence on a chord bearing of S 77° 46' 36" W and continue along said right of way for a chord distance of 145.08 feet; thence S 62° 47' 34" W and continue along said right of way for 115.53 feet; thence S 57° 48' 44" W and continue along said right of way for 106.50 feet; thence S 50° 33' 23" W and continue along said right of way for 111.88 feet; thence S 48° 20' 17" W and continue along said right of way for 87.24 feet; thence S 39° 34' 23" W and continue along said right of way for 129.40 feet; thence S 1° 45' 22" E for 90.76 feet to a point on the northerly right of way line of Southern Railroad; thence N 64° 26' 48" E along said right of way for 255.70 feet to the beginning of a curve to the right having a central angle of 27° 45' 12" and a radius of 1234.60 feet; thence continue northeasterly, southeasterly along said right of way for a arc distance of 598.02 feet to the point of tangent, thence S 87° 48' E and continue along said right of way for 115.55 feet to a point on the east line of said ¼ ¼ section; thence N 1° 19' 45" W along the east line of said ¼ ¼ section for 254.03 feet to the point of beginning. Containing 4.10 acres, more or less.

It is the intention of the Grantor to convey to the Grantee herein any and all real estate which the Grantor may own or have an interest in located in the SE ¼ of the NE ¼ of Section 35, Township 15 South, Range 5 West, Jefferson County, Alabama lying north of the north right of way line of the Southern Railroad and south of the southerly right of way line of the Snowville Brent Road, which road is also known as the Kilgore-Holliston Road, whether or not accurately described hereinabove.

STATE OF ALA. JEFFERSON CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON

1994 MAR -2 AM 11:45

RECORDED $ _____ MTG.TAX
& $ _____ DEED TAX HAS BEEN
PD. ON THIS INSTRUMENT

*[signature]*
JUDGE OF PROBATE

STATE OF ALABAMA, JEFFERSON COUNTY
I hereby certify that no mortgage tax or deed tax has been collected on this instrument.

*[signature]*