

**Figure 1: Jefferson County Biosolids Land Application Program**