FILED

2018 Jan-31  AM 11:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SUMITON TIMBER COMPANY, INC.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action Number |
| | ) | **2:17-cv-01846-AKK** |
| **vs.** | ) | |
| | ) | |
| **JEFFERSON COUNTY, ALABAMA,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | | |

## ORDER

This matter came before the court for a status conference on January 30, 2018.  Pursuant to the parties' request that the court stay this matter to allow for a possible resolution of the Plaintiff's claims, the court **STAYS** all deadlines in this proceeding.  This matter is set for a telephonic status conference on April 30, 2018 at 5:30 p.m.  The parties **SHALL** dial 888-557-8511 and enter access code 4541204 five minutes prior to the designated call time.

**DONE** the 31st day of January, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE